**No. 65400.**—Columbus Dixon, Inc. *v.* United States, protest 60/22669 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of electrical floor polishers similar in all material respects to those the subject of *United States* v. *Electrolux Corporation* (46 C.C.P.A. 143, C.A.D. 718), the claim of the plaintiff was sustained.

**No. 65401.**—National Carloading Corp. and Lodge Spark Plug Co. *v.* United States, protest 60/10480 (Los Angeles).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those involved in Abstract 64136, the claim of the plaintiffs was sustained.

**No. 65402.**—C. M. Offray & Son, Inc. *v.* United States, protests 247595–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon pile ribbons similar in use to pile ribbons, wholly or in chief value of silk, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claims of the plaintiff were sustained as follows: (1) The items marked "A" at 25 percent ad valorem under paragraph 1206, as modified by the General Agreement on Tariffs and Trade (T.D. 51802) ; (2) the items marked "B" at 23½ percent under said paragraph 1206, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108) ; and (3) the items marked "C" at 22½ percent under said paragraph 1206, as modified, *supra.*